UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25297-Civ-COOKE/GOODMAN

HAROLD RODRIGUEZ, *on behalf of himself and all those similarly situated*,

    Plaintiff,

vs.

PEPPER'S MIAMI BEACH, LLC,
*d/b/a* PEPPERS AUTHENTICO MEXICANO,
*a Florida Limited Liability Company*, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendations on FLSA Settlement ("Report") (ECF No. 55). The Court referred the parties' Joint Unopposed Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 45) to Judge Goodman pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 46.

Judge Goodman recommends I find the parties' settlement agreement to be fair and reasonable and approve the settlement. Judge Goodman also recommends the action be dismissed with prejudice and this Court retain jurisdiction to enforce the terms of the Parties' settlement. Neither party objected to Judge Goodman's Report and Recommendation and the time to do so has passed. After reviewing the parties' Motion, Judge Goodman's Report, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), I find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, Judge Goodman's Report (ECF No. 55) is **AFFIRMED and ADOPTED** as Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Renewed Motion for Approval of Parties' Settlement Agreement (ECF No. 45) is **GRANTED**.

2. The Parties' Settlement Agreement is **APPROVED**.
3. This case is **DISMISSED** *with prejudice*.
4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 23rd day of February 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*